**No. 49744.**—Protest 109572–K of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consist of hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218). In accordance therewith the claim at 25 percent ad valorem was sustained as to the hemp hats in question.

**No. 49745.**—Protests 528992–G, etc., of Edward M. Poons Co. of Kobe, Inc· (New York).

Opinion by TILSON, J. The testimony showed that certain items consist of hats known as harvest hats, in chief value of paper, valued at less than $3 per dozen and that they are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith those hats imported and withdrawn for consumption prior to the effective date of the Netherlands Trade Agreement (T. D. 48075) were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5), and those subsequent to that date, at 12½ percent under paragraph 1504 (b) (5) and said trade agreement. The protests were sustained to this extent.

**No. 49746.**—Protests 92688–K, etc., of Louis Wolf & Co., Inc. (New York).

Opinion by TILSON, J. An examination of the record disclosed that certain of the items in question are similar to those involved in Abstract 48406. In accordance therewith the claim at 40 percent was sustained as to these items.

**No. 49747.**—Protest 101178–K of Louis Wolf & Co., Inc. (New York).

Opinion by TILSON, J. An examination of the record disclosed that certain of the items in question are similar to those involved in Abstract 48406. In accordance therewith the claim at 40 percent was sustained as to these items.

**No. 49748.**—Protest 97967–K of Raphael Tuck & Sons, Ltd. (New York).

Opinion by KINCHELOE, J. In view of the collector's letter and the appraiser's amended return, which were received in evidence by consent, the protest was sustained as to certain of the items in question.